# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00556-CV

**K. J., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 17-0102-CPSC1, THE HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on September 4, 2018. By request to this Court dated September 6, 2018, Thomas M. McMinn requested an extension of 10 days.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Thomas M. McMinn and Amber Kirton are hereby ordered to file the reporters' record in this case on or before September 20,

2018.  If the record is not filed by that date, McMinn and Kirton may be required to show cause why they should not be held in contempt of court.

It is ordered on September 10, 2018.

Before Chief Justice Rose, Justices Pemberton and Field